June 5, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

CITY DIRECT MOTOR CARS, INC. AND MAHDI MOHAMMADAGHAEI,
Appellants

NO. 14-13-00122-CV                    V.

EXPO MOTORCARS, L.L.C., Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Expo Motorcars, L.L.C., signed May 21, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellants, City Direct Motor Cars, Inc. and Mahdi Mohammadaghaei, jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.